No. 24-2811

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

MONTANA PUBLIC INTEREST RESEARCH GROUP, *et al.*,

*Plaintiffs-Appellees*,

v.

CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State, *et al.*,

*Defendants-Appellants*,

REPUBLICAN NATIONAL COMMITTEE, *et al.*,

*Intervenor-Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Montana
Case No. 6:23-cv-00070
Hon. Brian Morris

**PLAINTIFFS-APPELLEES' MOTION TO TRANSFER CONSIDERATION OF ATTORNEYS' FEES ON APPEAL TO THE DISTRICT COURT**

RAPH GRAYBILL
Graybill Law Firm, PC
300 4th Street North
P.O. Box 3586
Great Falls, Montana 59403
rgraybill@silverstatelaw.net
(406) 452-8566

ARIA C. BRANCH
CHRISTOPHER D. DODGE
Elias Law Group LLP
250 Massachusetts Avenue NW,
Suite 400
Washington, D.C. 20001
abranch@elias.law
cdodge@elias.law
(202) 968-4490

*Counsel for Plaintiffs-Appellees*

Plaintiffs-Appellees respectfully request, pursuant to Ninth Circuit Rule 39-1.8, that this Court transfer consideration of attorneys' fees on appeal to the United States District Court for the District of Montana, the district court from which this appeal was taken.

Ninth Circuit Rule 39-1.8 provides; "[a]ny party who is or may be eligible for attorneys fees on appeal to this Court may, within the time permitted in Circuit Rule 39-1.6, file a motion to transfer consideration of attorneys fees on appeal to the district court . . . from which the appeal was taken." If no timely petition for rehearing has been filed, Circuit Rule 39-1.6(a) provides that "a request for attorneys' fees shall be filed no later than 14 days after the expiration of the period within which a petition for rehearing may be filed." Following this Court's September 3, 2024, Memorandum Disposition affirming the district court's grant of a preliminary injunction, ECF No. 34.1, Defendants-Appellants did not file a timely petition for rehearing by the September 17, 2024, deadline. Because a timely petition for attorneys' fees is due on or before October 1, 2024, this request for transfer is timely.

Counsel for Plaintiffs-Appellees contacted counsel for Defendants-Appellants regarding this motion, and they do not oppose this request.

If this Court is not inclined to grant this motion, Plaintiffs-Appellees respectfully request that the Court extend their time to file a motion for attorneys' fees and costs incurred on appeal until November 1, 2024.

Accordingly, Plaintiffs-Appellees respectfully request that this Court transfer consideration of attorneys' fees on appeal to the United States District Court for the District of Montana, the district court from which the appeal was taken. If this Court declines to grant the request for transfer, Plaintiffs-Appellees request that the Court extend the time to file a motion for attorneys' fees and costs incurred on appeal until November 1, 2024.

Date: September 25, 2024

Respectfully Submitted,

ARIA C. BRANCH
Elias Law Group LLP

 s/*Aria C. Branch*
ARIA C. BRANCH
CHRISTOPHER D. DODGE
Elias Law Group LLP
250 Massachusetts Avenue NW,
Suite 400
Washington, D.C. 20001
abranch@elias.law
cdodge@elias.law
(202) 968-4490

RAPH GRAYBILL
Graybill Law Firm, PC
300 4th Street North
P.O. Box 3586
Great Falls, Montana 59403
rgraybill@silverstatelaw.net
(406) 452-8566

*Counsel for Plaintiffs-Appellees*